NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ALLSTAR TIRE & WHEEL, INC.,**
*Plaintiff-Appellant,*

**v.**

**WHEEL PROS, INC.,**
*Defendant-Appellee.*

_____

2011-1015

_____

Appeal from the United States District Court for the Central District of California in Case No. 08-CV-0563, Judge Alicemarie H. Stotler.

_____

**JUDGMENT**

_____

DAVID V. JAFARI, Jafari Law Group, Inc. of Santa Ana, California, argued for the plaintiff-appellant.

DENNIS G. MARTIN, Blakely, Sokoloff, Taylor & Zafman, LLP, of Los Angeles, California, argued for the defendant-appellee. With him on the brief was WILLMORE F. HOLBROW, III.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2011          /s/ Jan Horbaly
Date                   Jan Horbaly
                        Clerk